IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

    Plaintiff,                    No. CIV S-08-1045-JAM-DAD P

    vs.

D.K. SISTO,

    Defendant.                 <u>ORDER</u>

/

    Plaintiff has requested an extension of time to file objections pursuant to the court's September 9, 2008 findings and recommendations.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 26, 2008 request for an extension of time (Doc. No. 6) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file his objections.

DATED: October 2, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
mong1045.36obj